# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT GREENEVILLE

| | |
|---|---|
| CASSANDRA LEIGH HONAKER, | ) |
| Plaintiff, | ) Case No. 2:25-cv-16 |
| v. | ) Judge Atchley |
| | ) Magistrate Judge Wyrick |
| COMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

## ORDER

On January 5, 2026, United States Magistrate Judge Cynthia Richardson Wyrick filed a Report and Recommendation [Doc. 15] pursuant to 28 U.S.C. § 636 and the Rules of this Court. The Magistrate Judge recommends that Plaintiff's request for remand be denied and that the final decision of the Commissioner be affirmed. [Doc. 15]. Plaintiff has not filed an objection to the Report and Recommendation.[1] The Court has nonetheless reviewed the Report and Recommendation, as well as the record, and agrees with Magistrate Judge Wyrick's well-reasoned conclusions.

Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Wyrick's findings of fact and conclusions of law as set forth in the Report and Recommendation [Doc. 15]. Plaintiff's request for remand is **DENIED,** and the final decision of the Commissioner is **AFFIRMED**. This action is hereby **DISMISSED**. A separate judgment will enter.

---

[1] The Magistrate Judge advised that the parties had 14 days in which to object to the Report and Recommendation and that failure to do so would waive any right to appeal. (Doc. 15 at 33 n.12); *see* FED. R. CIV. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) ("It does not appear that Congress intended to require district court review of a magistrate judge's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings.").

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.
UNITED STATES DISTRICT JUDGE**